```
BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant VARANASI
```

FILED
JAN 25 2006
CLERK
NORTHERN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>              Plaintiff,            )<br>                                    )<br>  vs.                               )<br>                                    )<br> SUMAN VARANASI,                    )<br>                                    )<br>              Defendant.            )<br>_____) | No. CR-06-70019 PVT<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING APPEARANCE<br>DATE IN CHARGING DISTRICT |

## STIPULATION

On January 19, 2006, this Court accepted defendant Suman Varanasi's waiver of identity hearing and directed him to appear in the Northern District of Texas on Monday, February 6, 2006 at 9:30 a.m., subject to modification in accordance with the charging district's calendaring procedures. On January 20, 2006, Assistant United States Attorney Paul Yanowitch of the Northern District of Texas advised that in accordance with local practice, Mr. Varanasi may instead make his initial appearance in that district before United States District Judge Boyle on that court's Thursday criminal calendar. Accordingly, the government and Mr. Varanasi hereby stipulate and agree that this Court's removal order may be modified to direct Mr. Varanasi to appear before Judge Boyle on February 9, 2006 at 1:30 p.m., in lieu of the currently scheduled magistrate court appearance on February 6, 2006 at 9:30 a.m.

Stipulation and [Proposed] Order                    1

1 | Dated: January 20, 2006

2 |                                                      s/_____
3 |                                                      CYNTHIA C. LIE
      Assistant Federal Public Defender

4 | Dated: January ___, 2006

5 |         s/_____
        MATTHEW A. LAMBERTI
6 |         Assistant United States Attorney

7 |

8 | **[PROPOSED] ORDER**

9 |        Good cause appearing and by stipulation of the parties, it is hereby ordered that the
10 | defendant shall make his initial appearance in the Northern District of Texas in *United States v.*
11 | *Suman Varanasi*, Case No. 3:05-CR-0320B, on Thursday, February 9, 2006 at 1:30 p.m. before
12 | the Honorable Jane Boyle, United States District Judge.

13 |        It is further ordered that the appearance date of February 6, 2006 at 9:30 a.m. previously
14 | set by this Court is hereby vacated.

15 |

16 | Dated: January 25, 2006

17 |                            _____
                           PATRICIA V. TRUMBULL
18 |                            United States Magistrate Judge